

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE OF ORDER ON MOTION

Cause number:      01-14-00515-CV

Style:      Kosoco, Inc.

**v** Metropolitan Transit Authority of Harris County

Date motion filed[*]:    January 14, 2015

Type of motion:    Leave to File Surreply

Party filing motion:    Appellee, Metropolitan Transit Authority of Harris County

Document to be filed:    Surreply

If motion to extend time:

    Deadline to file document:

    Number of previous extensions granted:

    Length of extension sought:

Ordered that motion is:

☑    Granted
If document is to be filed, document due:

    ☐    The Clerk is instructed to file the document as of the date of this order
    ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Terry Jennings
    ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: January 22, 2015

November 7, 2008 Revision